# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Laverne Jim,<br><br>        Plaintiff,<br><br>v.<br><br>Flagstaff Buick GMC Incorporated,<br><br>        Defendant. | No. CV-20-08031-PCT-JJT<br><br>**ORDER** |

Pursuant to this Court's Order of April 6, 2020 (Doc. 16),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 8th day of June, 2020.

                          Honorable John J. Tuchi
                          United States District Judge